UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)<br>LARRY LOVELL BAILEY,            )<br>              Defendant              ) | M.B.D. Case No. 15-91341 |

### ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

**October 23, 2015**

Upon consideration of the parties' joint motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The parties have been engaged in discussions regarding a final resolution of this matter (initiated by a criminal complaint in United States v. Bailey, Case No. 15-mg-02247-MBB), which may result in a plea agreement and obviate the need for an indictment, and the requested continuance of the time in which an indictment or information must be filed will permit defense counsel to adequately confer with the defendant and allow the parties to further discuss and finalize the terms of any plea agreement, before the government is required to seek an indictment or information. Such an agreement, in conjunction with a pre-indictment plea, may work to the defendant's benefit.

3. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from November 4, 2015, through and including January 3, 2016, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to January 3, 2016; and (2) the period from November 4, 2015 through and including January 3, 2016, is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

Dated: 10/23/2015

UNITED STATES DISTRICT COURT JUDGE
F. Dennis Saylor, IV